RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Jacqueline Chorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-283-VCF |
| Plaintiff, | **STIPULATION TO SET CHANGE OF PLEA HEARING** |
| v. | (First Request) |
| JACQUELINE CHORNEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Patrick Burns, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Jacqueline Chorney, that a Change of Plea hearing be set to a date and time convenient to the court but no later than August 6, 2016.

This Stipulation is entered into for the following reasons:

1. On April 25, 2016, Ms. Chorney made her initial appearance on the Complaint. At that time, the Court ordered her release on conditions including pretrial supervision.

2. The bench trial in this matter is currently set for September 14, 2016 at 9 a.m.

3. The parties have resolved this case through plea negotiation to include a recommendation that Ms. Chorney be referred to Probation for the preparation of a PSR and an agreement to recommend 3 years of supervised probation.

4. Ms. Chorney's lease expires on August 6, 2016. At that time, Ms. Chorney is planning on moving to Arizona. She is planning on living with her friend, and she has lined up employment in Arizona as well. Defense counsel is in contact with Pretrial Services about verifying her residence and facilitating the transfer of her Pretrial Services supervision to Arizona. Pretrial Services does not see any issue with her supervision being transferred.

5. The parties therefore request that the Court advance Ms. Chorney's change of plea hearing to a time and date before August 6, 2016, so Ms. Chorney can attend court prior to moving to Arizona.

This is the first request to set a Change of Plea hearing filed herein.

DATED this 20th day of July, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Patrick Burns*<br>By_____<br>PATRICK BURNS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>JACQUELINE CHORNEY,<br><br>      Defendant. | Case No. 2:16-mj-283-VCF<br><br>**ORDER** |

   IT IS FURTHER ORDERED that a Change of Plea hearing has been set for August 3, 2016, at 3:00 p.m.

   DATED this 20th of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

3