RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Jaqueline Cammille Chorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>JAQUELINE CAMMILLE CHORNEY,<br><br>              Defendant. | Case No. 2:16-mj-283-VCF<br><br>**STIPULATION TO EXTEND CONDITIONS OF RELEASE DEADLINE**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Janjua Ahmed, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Jaqueline Cammille Chorney, that the Court extend the time for her to resolve her outstanding warrant in Texas:

1.       On April 25, 2016, Ms. Chorney appeared before the Court on her initial appearance on the Complaint. At that time, the Court allowed her release pursuant to certain conditions of release including satisfying any outstanding warrants within 60 days. PR Bond #6.

2.      Since that time, Ms. Chorney has continued to save money in order to be able to afford this process, however, she has only been able to gain part-time employment, which has not allowed for her to save the necessary funds to satisfy her outstanding warrants as she has two children to provide for in addition to her basic living expenses. Ms. Chorney is continuing to seek full-time employment.

3.      Pursuant to the Court order, however, she only has until September 23, 2016 to satisfy this outstanding warrant (CR #12). Additional time is necessary to allow her to find full-time employment and to save up the $5,000 for the attorney, the bail and her flights to Texas.

4.      Accordingly, Ms. Chorney requests the Court allow her an additional 60 days to satisfy her outstanding warrant from Texas. Neither the Government nor Pre-Trial oppose this request given Ms. Chorney's diligence so far.

This is the second request for a continuance.

DATED this 22nd day of September, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Nadia Janjua Ahmed*<br>By_____<br>NADIA JANJUA AHMED<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAQUELINE CAMMILLE CHORNEY,<br><br>　　　　Defendant. | Case No. 2:16-mj-283-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On April 25, 2016, Ms. Chorney appeared before the Court on her initial appearance on the Complaint. At that time, the Court allowed her release pursuant to certain conditions of release including satisfying any outstanding warrants within 60 days. PR Bond #6.

2. Since that time, Ms. Chorney has continued to save money in order to be able to afford this process, however, she has only been able to gain part-time employment, which has not allowed for her to save the necessary funds to satisfy her outstanding warrants as she has two children to provide for in addition to her basic living expenses. Ms. Chorney is continuing to seek full-time employment.

3. Pursuant to the Court order, however, she only has until September 23, 2016 to satisfy this outstanding warrant (CR #12). Additional time is necessary to allow her to find full-time employment and to save up the $5,000 for the attorney, the bail and her flights to Texas.

4.     Accordingly, Ms. Chorney requests the Court allow her an additional 60 days to satisfy her outstanding warrant from Texas. Neither the Government nor Pre-Trial oppose this request given Ms. Chorney's diligence so far.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

### ORDER

IT IS THEREFORE ORDERED that Ms. Chorney will have until 11-22-2016 to satisfy her outstanding warrant from Texas.

DATED this 23rd of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

4