RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Jaqueline Cammille Chorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>JAQUELINE CAMMILLE CHORNEY,<br><br>              Defendant. | Case No. 2:16-mj-283-VCF<br><br>**STIPULATION TO APPEAR TELEPHONICALLY**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Janjua Ahmed, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Jaqueline Cammille Chorney, that the Court allow Ms. Chorney to appear telephonically for her upcoming sentencing hearing.

This Stipulation is entered into for the following reasons:

1. On August 3, 2016, Ms. Chorney appeared before the Court for her change of plea. At that time, the Court ordered this matter referred to Probation for the preparation of a Presentence Investigation Report. Ms. Chorney's sentencing is currently set for November 3, 2016.

2. Ms. Chorney currently resides in Arizona and requests this Court allow her to appear telephonically at her sentencing hearing.  Ms. Chorney is currently saving her finances to take care of her outstanding warrants out of Texas, which require thousands of dollars to satisfy.  Ms. Chorney requests a telephonic appearance to conserve her financial resources.

3. Ms. Chorney is currently under supervision by Arizona's Pretrial Services office. Assuming the Court follows the parties sentencing recommendation and imposes a period of probation, Ms. Chorney would likewise be supervised by Probation in Arizona.

4. The Government has no objection to Ms. Chorney appearing telephonically.

This is the first request filed herein.

DATED this 13th day of October, 2016.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Nadia Janjua Ahmed*<br>By_____<br>NADIA JANJUA AHMED<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-283-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| JAQUELINE CAMMILLE CHORNEY, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that Ms. Chorney may attend her upcoming sentencing hearing telephonically.

DATED this 14th of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Ms. Chorney may appear telephonically. The call in number is (888)273-3658, access code: 3912597. The call must be made 5 minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.