RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Jacqueline Chorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-283-VCF |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| v. | |
| JACQUELINE CHORNEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorneys, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Jacqueline Chorney, to modify her conditions of release to allow her to have contact with her boyfriend, Adam Michael Harris, who is a convicted felon. This stipulation is made pursuant to Title 18, United States Code, Section 3563.

This Stipulation is entered into for the following reasons:

1. On November 3, 2016, Ms. Chorney was sentenced by this Court to five-year probation with special conditions after she pled guilty to driving under the influence of alcohol. ECF No. 22, Minutes of Proceedings. At the time of sentencing, Ms. Chorney requested the

Court allow her to have contact with her boyfriend who is a felon. ECF No. 22. The Court declined to address that issue at the time of sentencing, but indicated in her judgment that it "can address the situation with felon boyfriend when he is released from custody via a request for modification of supervised release conditions." ECF No. 23 at 6. Ms. Chorney's boyfriend was just released from custody.

2. Mr. Harris is also currently under supervision with the U.S. Probation office, which should minimize any fear of potential criminal conduct. Both individuals intend to reside together.

3. Undersigned counsel has been in contact with Sunny Casio, Ms. Chorney's probation officer. Probation has no opposition to this modification.

4. The Government likewise has no opposition to this modification.

DATED this 11th day of May, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| By */s/ Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By */s/ Jared Grimmer*_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JACQUELINE CHORNEY,

    Defendant.

Case No. 2:16-mj-283-VCF

**ORDER**

    Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that her conditions of release be modified to allow her to have contact with her boyfriend, Adam Michael Harris, who is a convicted felon.

    DATED this 12th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE